**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUTEN RESEARCH INSTITUTE, LCC, | Civ. No. 19-15432 (SDW)(LDW) |
| Plaintiff, | |
| v. | **ORDER** |
| BIOTHRIVE SCIENCES, LLC, et al., | |
| Defendants. | June 15, 2021 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") entered on April 22, 2021 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Defendants IC Global Neutraceuticals, LLC ("IC Global") and Pharma-Natural, Inc.'s ("Pharma-Natural") (collectively "Moving Defendants") motions to dismiss for lack of personal jurisdiction be granted. Defendants Biothrive Sciences, LLC ("Biothrive") and James Horan ("Horan") (collectively, "Biothrive") filed objections to the R&R.[1] (D.E. 79.) This Court has reviewed the reasons set forth by Judge Wettre in the R&R as well as Biothrives's objections. This Court is satisfied that Judge Wettre properly determined that this Court does not have personal jurisdiction over the Moving Defendants and that dismissal was proper.[2]

Based on the foregoing, and for good cause shown, it is hereby

---

[1] Plaintiff does not object to the entry of the R&R.

[2] Judge Wettre entered the R&R after giving the parties the opportunity to conduct "months of jurisdictional discovery." (D.E. 78 at 5.) Biothrive's attempt to now file an additional affidavit with its objections in order to "further support and adequately demonstrate that [Moving Defendants] do have sufficient contacts with the State of New Jersey" is inappropriate.

**ORDERED** that the R&R of Judge Wettre (D.E. 78) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig:  Clerk
cc:    Parties
      Leda D. Wettre, U.S.M.J.